# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5157**                     **September Term, 2024**

**1:25-cv-00935-PLF**

**Filed On:** June 2, 2025

National Treasury Employees Union,

       Appellee

    v.

Donald J. Trump, President of the United
States, et al.,

       Appellants

# O R D E R

Upon consideration of appellee's petition for rehearing en banc, which requests en banc reconsideration of the court's May 16, 2025 order granting appellants' motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

       BY:   /s/
           Selena R. Gancasz
           Deputy Clerk